United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL DIAZ CASIQUE,

              Petitioner,

     v.

GREG LEWIS, warden,

              Respondent.

_____/

No. C 11-3449 SI (pr)

**ORDER PERMITTING LENGTHY BRIEF**

     Respondent has filed an application to file a brief in excess of 25 pages to address the nine claims for habeas relief presented by the petition for writ of habeas corpus. Upon due consideration, the application is GRANTED. (Docket # 6.) The 43-page "Memorandum Of Points And Authorities In Support Of Respondent's Answer To The Order To Show Cause" filed on June 22, 2012 is permitted.

     IT IS SO ORDERED.

DATED: June 28, 2012

                                   SUSAN ILLSTON
                        United States District Judge