UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAFAEL DIAZ CASIQUE, | No. C 11-3449 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GREG LEWIS, | |
| Respondent. | |

The petition for writ of habeas corpus is denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 10, 2013

SUSAN ILLSTON
United States District Judge